IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES EDWARDS
ADC #112333                                                                                    PLAINTIFF

v.                          Case No. 3:10-cv-287-DPM

JOHN BRANDY, Mississippi
County Public Defender; JANE
DOE, Assistant to John Brandy;
and HAWK, Owner of Hawk
Pawn Shop & Supply                                                                           DEFENDANTS

JUDGMENT

Edwards's complaint is dismissed with prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C.A. § 1915(g) (West 2006). The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C.A. § 1915(a)(3) (West 2006).

_____
D.P. Marshall Jr.
United States District Judge

13 June 2011